# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tri−Valley Corporation  
    Debtor  
_____

Bankruptcy Case No.: 12−12291−MFW

Bankruptcy Chapter:  7

Charles A. Stanziale Jr.

    Plaintiff

    vs.

Randy's Trucking, Inc.

    Defendant(s)

Adv. Proc. No.:  14−50459−MFW

## JUDGMENT BY DEFAULT

    On 11/7/14, default was entered against defendant(s) Randy's Trucking, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Randy's Trucking, Inc. in the amount of $11,773.00.

    In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 11/7/14

*David D. Bird*  
Clerk of Court

(VAN−433a)